IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROGER WOOLFORD HALL** | ) )  ) **Civil Action No.: 14-7078** |
| **Plaintiff,** | ) |
| v. | ) ) |
| **TRANS UNION, LLC, ET AL.** | ) ) |
| **Defendants.** | ) ) ) ) |

**JOINT STATUS REPORT TO RULE 26(f)**

Basis of Jurisdiction: **15 U.S.C. § 1681p and § 1692k(d) and 28 U.S.C. § 1331**

Jury Trial: ___**X**_____   Non-Jury Trial: _____   Arbitration: _____

Plaintiff's counsel participating in the Rule 16 Conference:

Gregory Gorski
Francis & Mailman, P.C.
Land Title Building, 19th Floor
Philadelphia, PA 19110
Tel: (215) 735-8600

Defendants counsel participating in the Rule 16 Conference:

**Trans Union, LLC:**
Andrew M. Lehmann
Lindsey A. Kovener
Schuckit & Associates, P.C.
4545 Northwestern Dr.
Zionsville, IN 46077
Tel: 317-363-2400

**<u>Diversified Consultants, Inc.:</u>**

Ross S. Enders
Sessions, Fishman, Nathan & Israel, LLC
2303 Oxfordshire Rd.
Furlong, PA 18925
Tel: 215-794-7207

Do counsel have full authority to settle at Rule 16 Conference? **Yes**

If not, client with such authority who will attend conference:

When did the parties hold the Rule 26 Conference? **March 16, 2015**

When did the parties comply with the Rule 26(a)'s duty of self-executing disclosure?
**Plaintiff and Trans Union served their Initial Disclosures upon the parties on February 11, 2015.**

**Defendant Diversified Consultants will serve its Initial Disclosures prior to the Rule 16 Conference.**

Does either side expect to file a case-dispositive motion?  __**Yes**__   (yes/no)

If yes, under what Rule: **Defendant Diversified may file a Rule 56 Motion for Summary Judgment.**

If yes, specify the issue:

**Trans Union may file a Motion For Summary Judgment under Rule 56 regarding liability and damages.**

**Defendant Diversified Consultants: The issue will be whether the information it reported was false.**

Proposed deadline for filing dispositive motions:  **45 days after discovery deadline.**

Does either side anticipate the use of experts?

**Plaintiff and Trans Union do not anticipate using an expert at this time.**

**Defendant Diversified Consultants does not anticipates using an expert at this time.**

If yes, what is the proposed deadline for expert discovery?

Approximate date case should be trial-ready: **November, 2015**

Time for Plaintiff's case:  **1- 2 days**

Time for Defendant's case: **Trans Union: 1-2 days. Defendant Diversified Consultants: 1-2 days.**

Is a settlement conference likely to be helpful?

Early  **No**      (yes/no) After Discovery  **Yes**     (yes/no)

What is the outcome of your discussions with your clients about proceeding before a Magistrate Judge for final disposition?  **The parties do not unanimously agree to proceed before a Magistrate Judge for final disposition.**

**Plan for Discovery:**

1. The parties anticipate that discovery should be completed within  **90**    days.

2. What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to?

**90 days**

3. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)?

**Yes**

4. Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan.

**The parties may request the entry of a protective order to treat certain information produced in discovery as confidential.**

5. If you contend the discovery period to exceed 90 days, please state reason: